PARTNER—See Evidence 13. Account 2.

## PATENT RIGHT.

**PARROT** *aginst* **FARNSWORTH.** *Windsor*, **1817.**

IN an action of assumpsit, on a note of hand, the defendant may avoid the note, by shewing in evidence, under the general issue, that the note was given for a pretended patent right,

which was void, on the ground of its not having been an original invention; although a deed, with covenant, was made by plaintiff to defendant, conveying the patent right, and although the patent remains unrepealed.